UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DARRIN THOMAS FIELD,            )<br>                                                            )<br>                    Plaintiff,              )<br>    vs.                                              )     No. 3:07-cv-00132-RLY-WGH<br>                                                            )<br>DETECTIVE SGT. LISA MILLER, et al.,   )<br>                                                            )<br>                    Defendants.          ) | |

**Entry Discussing Motion For Summary Judgment**

**I.**

A party moving for summary judgment initially has the burden of showing the absence of any genuine issue of material fact in the evidence of record. *Adickes v. S.H. Kress & Co.,* 398 U.S. 144 (1970); *Schroeder v. Barth, Inc.,* 969 F.2d 421, 423 (7th Cir. 1992). The defendants in this civil rights action brought by Darrin Thomas Field have met their burden through their unopposed motion for summary judgment (dkt 29). The defendants have, in particular, shown that there was no violation of Field's federally secured rights associated with the events involving the defendants during or after the police response to a 911 call on March 26, 2007, in Jasper, Indiana. Because of this showing, the defendants are entitled to the entry of judgment in their favor and against the plaintiff. *Celotex Corp. v. Catrett*, 477 U.S. 317, 322-23 (1986) (explaining that when the moving party has met the standard of Rule 56, summary judgment is mandatory).

**II.**

In the alternative, the action is dismissed for failure to prosecute based on the plaintiff's abandonment of the action and in particular based on his failure to comply with or even respond to the directions in the Entry issued on April 11, 2008.

**III.**

The defendants' motion for summary judgment (dkt 29) is **granted.** Judgment consistent with this Entry shall now issue.

**IT IS SO ORDERED.**

Date: 05/06/2008

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana